**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 447-2988
e-mail: vshjah@aol.com

Attorney for Defendant
**NICHOLAS SUASTAS**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-0469 JAM |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| **LUIS HERNANDEZ**, et al., ) | |
| Defendants. ) | |
| _____ ) | |

Based upon the stipulation of the parties, it is hereby ordered that the status conference scheduled herein for February 22, 2011, shall be vacated, and a new status conference shall be scheduled for April 19, 2011, at 9:30 a.m. The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendants in a speedy trial. Furthermore, for the reasons set forth in the stipulation of the parties, it is ORDERED that time is excluded herein from February 22, 2011, until April 19, 2011.

DATE: February 17, 2011      /s/ John A. Mendez
                             HON. JOHN A. MENDEZ
                             United States District Court Judge